**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SPEECH TRANSCRIPTION, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:23-cv-01155-S |
| HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI TECHNOLOGIES USA, INC., | § § § § | |
| Defendants. | § § | |

**HUAWEI TECHNOLOGIES USA INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Huawei Technologies USA Inc. ("HTU") respectfully requests the Court for an extension of time to answer or otherwise respond to Speech Transcription, LLC's Original Complaint for Patent Infringement ("Complaint") (Dkt. No. 1). HTU was served with the Complaint on July 14, 2023. Thus, HTU's current deadline to respond is August 4, 2023. HTU requests that the Court extend the deadline 45 days to September 18, 2023. Plaintiff's counsel has agreed to extend the deadline for HTU. The requested extension is not sought for the purposes of delay but so that justice may be done, including so that HTU may have sufficient time to review the Complaint and to prepare its answer or response.

Dated: August 1, 2023                                Respectfully submitted,

                                            By: */s/ Mark J. Ziegelbein*
                                            Mark J. Ziegelbein
                                            Texas Bar No. 24029923
                                            mark.ziegelbein@futurewei.com
                                            Steven M. Geiszler
                                            Texas Bar No. 24032227
                                            steven.geiszler@futurewei.com
                                            FUTUREWEI TECHNOLOGIES, INC.
                                            15851 Dallas Parkway, Suite 650
                                            Addison, Texas 75001
                                            469.277.5854

                                            ATTORNEYS FOR DEFENDANT
                                            HUAWEI TECHNOLOGIES USA INC.

## CERTIFICATE OF SERVICE

I certify that on August 1, 2023, the foregoing document was electronically submitted with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                            */s/ Mark J. Ziegelbein*
                                            Mark J. Ziegelbein

## CERTIFICATE OF CONFERENCE

I certify that on July 28, 2023, I communicated with Plaintiff's counsel via email regarding the relief requested herein.  Plaintiff's counsel does not oppose the relief requested.

                                            */s/ Mark J. Ziegelbein*
                                            Mark J. Ziegelbein