IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **SPEECH TRANSCRIPTION, LLC,** <br><br> Plaintiff <br><br> v. <br><br> **HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI TECHNOLOGIES USA, INC.,** <br><br> Defendants. | **Case No. 3:23-cv-1155** <br><br> **Jury Trial Demanded** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Speech Transcription, LLC respectfully submits this notice of voluntary dismissal without prejudice of defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA, Inc.

Dated: September 13, 2023
                                                      Respectfully Submitted,

                                                      */s/ Christopher A. Honea*
                                                      Christopher A. Honea
                                                         Texas Bar No. 24059967
                                                         chonea@ghiplaw.com

                                                     **GARTEISER HONEA, PLLC**
                                                     119 W. Ferguson Street
                                                     Tyler, Texas 75702
                                                     Telephone: (903) 705-7420
                                                     Facsimile: (903) 405-3999

                                                   **COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this the 13th day of September, 2023.

> /s/ Christopher A. Honea
> Christopher A. Honea